UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

RE:                             )
                                )   Case No. 00-01613-8 G-3
    Gilbert Cecil Keyes         )
                                )   Judge - Paul M. Glenn
                  Debtor(s)     )

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Equifax Risk Management SVC. in the amount of $642.26 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Equifax Inc., whose last four digits of the social security number or the tax identification number is 1110, now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $642.26, to

        Equifax Inc.
        and Dilks & Knopik, LLC
        PO Box 502
        Redmond, WA 98073-0502

Dated: August 24, 2005

**PAUL M. GLENN**
**CHIEF U.S. BANKRUPTCY JUDGE**