[813fd] [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:00−bk−01613−PMG
                                                  Chapter 13

Gilbert Cecil Keyes
aka Jimmie Dale Johnson
3100 Crump Road
Winter Haven, FL 33881

_____Debtor(s)_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

   − Terry E. Smith is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

   − the Chapter 13 case of the above−named debtor is closed.

   DONE AND ORDERED on July 24, 2006 .

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

   * Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P.). For joint debtors set forth both social security numbers.

```
District/off: 113A-8          User: migues            Page 1 of 1             Date Rcvd: Jul 24, 2006
Case: 00-01613                Form ID: 813fd          Total Served: 3
```

The following entities were served by first class mail on Jul 26, 2006.
```
db          +Gilbert Cecil Keyes,   3100 Crump Road,   Winter Haven, FL 33881-9066
aty         +Sheila D Norman,   Norman and Bullington, P.A.,   1905 West Kennedy Blvd,   Tampa, FL 33606-1530
aty         +Sheila D Norman-Harvey Muslin cases,   Office of Harvey P Muslin PA,   1905 West Kennedy Blvd,
              Tampa, FL 33606-1530
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2006**                              Signature:  _Joseph Speetjens_