UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CHAPTER 13
 CASE NUMBER: 00-01613-8G3

Gilbert Cecil Keyes
Debtor(s)
_____/

### TRUSTEE'S NOTICE OF WITHDRAWAL OF FINAL REPORT

COMES NOW, the Standing Chapter 13 Trustee, TERRY E. SMITH, and hereby withdraws the Trustee's Final Report and Accounting which was filed on or about June 6, 2006.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Trustee's Final Report and Accounting has been furnished to Gilbert Cecil Keyes, 3100 Crump Road, Winter Have, FL 33881, and Harvey P. Muslin, Esquire, 1905 W. Kennedy Blvd., Tampa, FL 33606, on this 2nd day of November, 2006.

/S / Terry E. Smith
TERRY E. SMITH, TRUSTEE
Post Office Box 6099
Sun City Centre, FL 33571-6099
Phone: (813) 658-1165
Facsimile: (813) 658-1166

cc: Calendar Clerk